# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140389

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

OSCAR AGUIRRE CISNEROS,
        Defendant-Appellant.

SC: 140389
COA: 293258
Kent CC: 05-012058-FH

_____/

On order of the Court, the application for leave to appeal the December 1, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

_____
Clerk

d0719